IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ROBERT LEE HINSON, JR.,

    Plaintiff,

v.                                CASE NO. 1:09-cv-00117-MP-AK

FLORIDA BAR ASSOCIATION, et al.,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 8, Report and Recommendation of the Magistrate Judge, which recommends that Plaintiff's civil rights complaint (Doc. 1) be dismissed. The Magistrate entered the Report on May 22, 2009. Plaintiff has filed no objection to the Report, and the time to do so has now passed. Because Plaintiff has had at least three prior prisoner actions dismissed on the grounds that they were frivolous, malicious, or failed to state a claim, this action must be dismissed pursuant to 28 U.S.C. § 1915(g). Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The Report and Recommendation of the Magistrate Judge (Doc. 8) is ADOPTED and incorporated herein. The order granting Plaintiff leave to proceed *in forma pauperis* (Doc. 4) is VACATED, and Plaintiff's complaint (Doc. 1) is DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(g).

**DONE AND ORDERED** this  *24th* day of June, 2009

                          *s/Maurice M. Paul*
                       Maurice M. Paul, Senior District Judge